UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

Jonathan Lee Riches; Paul Silverman, and all others
similarly situated,
Plaintiffs
V.

Dale Van Atta; Jacqueline Leo,
Defendants

RECEIVED
USDC CLERK, CHARLESTON, SC
2009 JAN 25 A 11: 25

Class Action Suit Pursuant to Fed R. Civ P 20 & 23,
42 USC 1983 / Preliminary Injunction / TRO

Plaintiffs civil rights are violated by defendants and FCI Williamsburg. Defendants took away parole in the Federal system, which violates Plaintiffs Constitutional rights. Plaintiffs and others are not getting 54 days good time, the public thinks we serve 85%, but in reality we serve 87.2% with no parole. Plaintiffs seek a restraining order, and compel defendants to calculate the proper good time amount.

Respectfully submitted

Riches

Jonathan Lee Riches
Paul S. Luerman
P.O. Box 340
Salters, S.C. 29540
843-387-9400