Name: Jonathan Lee Riches
Register Number: 40948-018
F.C.I. Williamsburg
Inmate Mail
P.O. Box 340
Salters, SC 29590

Legal Mail

United States District Court
District of South Carolina
Clerk of court
Hollings Judicial center
85 Broad St
Charleston, S.C. 39401

FLORENCE SC 295
22 JAN 2008 PM 1 T

RECEIVED
DISTRICT OF SOUTH SC
CHARLESTON
2009